CLERK'S OFFICE
A TRUE COPY
Sep 30, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

United States of America
v.
SARA LUMA
(DOB: XX/XX/1996)

*Defendant(s)*

Case No. 26-MJ-534 (SCD)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 11/05/2024 in the county of Sheboygan in the Eastern District of Wisconsin, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by an Alien |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

PHILLIP C BYRD
Digitally signed by PHILLIP C BYRD
Date: 2026.09.29 12:46:06 -05'00'

*Complainant's signature*

Phillip C. Byrd, Special Agent, DHS-HSI

*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: September 30, 2026

Stephen C. Dries

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Phillip C. Byrd, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a sworn law enforcement officer currently employed as a Special Agent with the U.S. Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), and have been so employed since July 2023. I am currently assigned to the HSI Office of the Resident Agent in Charge in Milwaukee, Wisconsin. My duties include investigating criminal violations relating to immigration document and benefit fraud crimes. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Glynco, Georgia and the HSI Special Agent Training program at the HSI Academy in Glynco, Georgia. Through these programs I have received training in investigations of financial, immigration, and cybercrimes.

## PURPOSE OF THIS AFFIDAVIT

2. This affidavit is made in support of a criminal complaint and arrest warrant for: Sara Luma ("Luma"), DOB XX/XX/1996, for violation of Title 18, United States Code, Section 611, voting by an alien.

3. The facts and information contained in this affidavit are based on my personal knowledge, my review of federal, state, and local public records, and information obtained from other law enforcement officers/agents and witnesses. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations or in reports that detailed the events described by that person(s). This affidavit does not contain every fact known regarding this investigation but rather contains information necessary to demonstrate probable cause.

## PROBABLE CAUSE

4. Sara Luma was born in North Macedonia and is a citizen of that country. Luma became a lawful permanent resident of the United States in 2022. She is not a United States citizen.

5. On November 5, 2024, Luma voted in the federal general election. She cast her ballot in the city of Sheboygan, Wisconsin. Luma was not allowed to vote in federal elections in Wisconsin because she was not a United States citizen. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Member of the United States Senate, and Member of the United States House of Representatives.

6. On November 5, 2024, Luma registered to vote in Sheboygan County using the Wisconsin Voter Registration Application. Luma signed this form certifying that she was a "citizen of the United States," when, in fact, she was not a citizen.

7. On August 13, 2026, when seeking to reenter the United States on a flight from Vienna, Austria, Luma was interviewed by a United States Customs and Border Protection agent at O'Hare International Airport in Chicago. Luma admitted to registering and voting in Sheboygan, Wisconsin, on November 5, 2024.

## CONCLUSION

8. Based on the foregoing, I submit there is probable cause to believe Sara Luma violated Title 18, United States Code, 611, voting by an alien.